Dr. Alfred L. MILLION, Petitioner,

v.

The Honorable Thornton WRIGHT, District Judge, District Court of Oklahoma County, Respondent.

No. 79425.

Supreme Court of Oklahoma.

May 26, 1992.

ORDER

Original jurisdiction is assumed. The order setting bond at $3,000 cash or $6,000 surety is set aside. Writ shall issue prohibiting the respondent, the Honorable Thornton Wright, District Judge, District Court of Oklahoma County, or any other judge assigned to case numbered FD–91–2348, from conditioning the petitioner's signature bond release on his waiver of a jury trial. The trial court shall, in its discretion, set bond for petitioner's appearance at such trial, or make such other arrangement to secure his appearance as may be permitted under Okla.Stat. tit. 21, § 567 (Supp.1990),

and *Terry v. Gassett*, 740 P.2d 141 (Okla.1987).

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 26th DAY OF MAY, 1992.

HODGES, V.C.J., and LAVENDER, SIMMS, HARGRAVE, KAUGER and SUMMERS, JJ., concur.

ALMA WILSON, J., dissents.